IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL MENDEZ DE LA LUZ,<br><br>    Defendant. | Case No.: 1:25-mj-00111-EPG<br><br>**ORDER THAT CASH BOND BE TRANSFERRED TO DISTRICT OF UTAH** |

On October 1, 2025, Defendant Samuel Mendez De La Luz was released on conditions, including a $5,000.00 cash bond.  Plaintiff was also ordered to report to the United States District Court for the District of Utah for further proceedings.  On October 24, 2025, this Court transferred relevant documents to the District of Utah. (ECF No. 9).  On October 2, 2025, a cash bond of $5,000.00 was posted as to Samuel Mendez De La Luz.

Given that Mr. De La Luz's case is now pending before the District of Utah, the Court orders the Clerk of the Court to transfer the $5,000.00 cash bond to the District of Utah.

IT IS SO ORDERED.

Dated: __**October 24, 2025**__            /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE