1  HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2  CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
3  Officer of the Federal Defender
2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
SAMUEL MENDEZ DE LA LUZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  1:25-mj-00111-EPG

12              Plaintiff,             DEFENDANT'S MOTION TO EXONERATE
                                       BOND; ORDER
13  vs.

14  SAMUEL MENDEZ DE LA LUZ,

15              Defendant.

16

17

18        Defendant Samuel Mendez De La Luz hereby moves this Court to exonerate the bond

19  that was posted in this matter on October 2, 2025, pursuant to Rule 46 of the Federal Rules of

20  Criminal Procedure. *See* ECF Dkt. #s 5 and 6.

21        On October 1, 2025, this Court ordered Mr. Mendez De La Luz released on conditions,

22  including that he surrenders his passport and post $5,000 bond. ECF Dkt. # 4 (hearing minutes;

23  Dkt. # 7 (Appearance and Compliance Bond); Dkt # 8 (Order Setting Conditions of Release).

24  The passport and bond were posted the next day. *See* ECF Dkt. #s 5 and 6.

| 10/02/2025 | 5 | COLLATERAL RECEIVED as to Samuel Mendez De La Luz: Mexican Passport No. G37399434 from Samuel Mendez De La Mendez.  (Deputy Clerk OFR) (Entered: 10/02/2025) |
|---|---|---|
| 10/02/2025 | 6 | CASH POSTED as to Samuel Mendez De La Luz in the amount of $5,000.00. Receipt # 100006124.  (Deputy Clerk OFR) (Entered: 10//02/2025. |

1   After the collateral posted, Mr. Mendez De Luz was transferred directly from USMS

2   custody to U.S. Immigration and Customs Enforcement (ICE) custody and deported immediately

3   the next day.  Ex. A (District of Utah, Criminal Docket for Case #: 4:23-cr-00021-RJS), Dkt. #

4   16 (minute entry from October 20, 2025 proceedings, showing that defendant was not present

5   because, according to the AUSA, "[he] was deported."); *see also* Ex. B (Motion for Leave to

6   Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a), in the interests of

7   justice, because the defendant "was deported on October 3, 2025.").

8   As a result, on October 27, 2025, the government filed a Motion for Leave to Dismiss the

9   indictment pursuant to Federal Rule of Criminal Procedure 48(a).  *See* Ex. A, Utah Dkt. in Case

10  # 4:23-cr-00021-RJS, Dkt. # 17; Ex. B (Motion for Leave to Dismiss Indictment).  On October

11  27, 2025, the district court granted the government's motion.  Ex. A, Dkt. # 18; Ex. C (Order

12  Granting Leave to Dismiss Indictment).  The government filed a Notice of Filing of Dismissal on

13  October 28, 2025, and the Case was dismissed on October 30, 2025.  Ex. A, Dkt. #s 19-20.

14  Since Mr. Mendez never was on pretrial release, and because his underlying case is now

15  dismissed, it is requested that the Court exonerate the cash bond and return Mr. Mendez De La

16  Luz's passport pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.  Both the cash

17  bond and Mr. Mendez De La Luz's passport should be released to his wife, Maria Aguilar.

18  Although this Court filed an Order to transfer cash bond to Utah, that order was based on

19  the presumption that Mr. Mendez De La Luz was released as ordered and/or ever entered pretrial

20  release status.  ECF Dkt. # 11.  Because Mr. Mendez De Luz was never released from custody,

21  he was unable to appear in the District of Utah, and he has no assigned counsel in that district.

22  For these reasons, we ask that the Court exonerate the cash bond and return Mr. Mendez De La

23  Luz's passport pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Respectfully submitted,

2

3    HEATHER E. WILLIAMS
     Federal Defender

4    Date: December 3, 2025          /s/Christina M. Corcoran
                                     CHRISTINA M. CORCORAN
5                                    Assistant Federal Defender
                                     Attorney for Defendant
6                                    SAMUEL MENDEZ DE LA LUZ

7

8                            **ORDER**

9          The Court finds that Mr. Mendez De La Luz's case has been dismissed, and no

10   conditions of release remain to be satisfied.  IT IS HEREBY ORDERED that the Clerk of the

11   Court exonerate the $5,000.00 cash bond in the above-captioned case and return the money to

12   Mr. Mendez De La Luz's wife, Maria Aguilar.  IT ALSO HEREBY ordered that the Clerk of

13   Court return Mr. Mendez De La Luz's passport to Maria Aguilar.

14

15   IT IS SO ORDERED.

16

     Dated:   **December 4, 2025**          /s/ _Erica P. Grosjean_

17                                           UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28